1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WESLEY C. BATTEN,

11              Plaintiff,              No. CIV S-08-2511 LKK EFB P

12        vs.

13   SHASTA COUNTY JAIL, et al.,        FINDINGS AND RECOMMENDATIONS

14              Defendants.

15   _____/

16        Plaintiff is a civil detainee without counsel suing for alleged civil rights violations.  *See*

17   42 U.S.C. § 1983.  By order filed November 24, 2009, the court found that plaintiff had stated

18   cognizable Fourteenth Amendment substantive due process claims against the named defendants

19   and informed plaintiff he could proceed on those claims only or file an amended complaint that

20   also states a cognizable equal protection claim.  The court also informed plaintiff that the court

21   would consider his decision to proceed against the named defendants on his due process claims

22   only as consent to the dismissal of the his equal protection claim without prejudice.  On

23   December 4, 2009, plaintiff returned documents for service against the named defendants.

24        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's equal protection claim

25   be dismissed without prejudice.

26   ////

1

1    These findings and recommendations are submitted to the United States District Judge

2    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one

3    days after being served with these findings and recommendations, any party may file written

4    objections with the court and serve a copy on all parties.  Such a document should be captioned

5    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

6    within the specified time may waive the right to appeal the District Court's order. *Turner v.*

7    *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

8    Dated:  December 15, 2009.

9

10                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26